**Willie H. MITCHELL, Jr., Plaintiff–Appellant,**

v.

**Kenneth S. APFEL, Commissioner of Social Security, Defendant– Appellee.**

**No. 01–1377.**

United States Court of Appeals, Fourth Circuit.

Submitted July 10, 2001.

Decided July 30, 2001.

Willie H. Mitchell, Jr., pro se. Barbara Dickerson Kocher, Office of the United States Attorney, Raleigh, NC, for appellee.

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

PER CURIAM.

Willie H. Mitchell appeals the district court's order affirming the Commissioner of Social Security's decision denying Mitchell's application for disability insurance benefits and supplemental security income. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Mitchell v. Apfel*, No. CA–99–75–2–BO (E.D.N.C. Mar. 1, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*